No. 04–5494.  LUCAS v. DAVIS, DIRECTOR, TEXAS DEPARTMENT OF PUBLIC SAFETY, ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 04–5495.  JOHNSON v. CAMBRA, WARDEN.  C. A. 9th Cir. Certiorari denied.

No. 04–5496.  ANDERSON v. SOWDERS, WARDEN, ET AL.  C. A. 4th Cir.  Certiorari denied.

No. 04–5498.  LAFOUNTAIN v. FLORIDA.  Dist. Ct. App. Fla., 2d Dist.  Certiorari denied.

No. 04–5499.  LAMPKIN v. UNITED STATES.  C. A. 3d Cir. Certiorari denied.

No. 04–5500.  KING v. TEXAS.  Ct. Crim. App. Tex.  Certiorari denied.

No. 04–5503.  KNIGHT v. UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 04–5505.  DUNBAR v. CONNECTICUT COMMISSIONER OF MOTOR VEHICLES.  App. Ct. Conn.  Certiorari denied.

No. 04–5506.  DELGADO v. UNITED STATES.  C. A. 2d Cir. Certiorari denied.

No. 04–5507.  CROSSLAND v. UNITED STATES.  C. A. 8th Cir. Certiorari denied.

No. 04–5508.  DEGLACE v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 04–5509.  AMILPAS-WENCES, AKA AMILPAS-BENITEZ v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 04–5510.  WILLIAMS v. WEST VIRGINIA.  Sup. Ct. App. W. Va.  Certiorari denied.